A. BENJAMIN GOLDGAR

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WEINER, GARRY A. | § | Case No. 13-28429 |
| WEINER, PAMELA S. | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/16/2013. The undersigned trustee was appointed on 07/06/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 835,000.00 |

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 99,099.16 |
| Bank service fees | 1,294.44 |
| Other payments to creditors | 677,540.70 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 29,771.63 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]      $ | 27,294.07 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/28/2014 and the deadline for filing governmental claims was 03/28/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 43,511.42 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 15,000.00 , for a total compensation of $ 15,000.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 9.70 , for total expenses of $ 9.70 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/16/2017              By: /s/JOSEPH E. COHEN
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 13-28429 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | WEINER, GARRY A. | | | Date Filed (f) or Converted (c): | 07/16/13 (f) |
| | WEINER, PAMELA S. | | | 341(a) Meeting Date: | 08/22/13 |
| For Period Ending: | 06/16/17 | | | Claims Bar Date: | 03/28/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1525 WOODLAND DR., DEERFIELD, IL 60015 | 650,000.00 | 0.00 | | 835,000.00 | FA |
| 2. CASH | 200.00 | 0.00 | | 0.00 | FA |
| 3. AT US BANK DEERFIELD, IL - CHECKING & SAVINGS | 850.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS, PICTURES | 200.00 | 0.00 | | 0.00 | FA |
| 6. APPAREL | 400.00 | 0.00 | | 0.00 | FA |
| 7. WEDDING BANDS AT RESIDENCE | 400.00 | 0.00 | | 0.00 | FA |
| 8. GARY ALAN DESIGN INC. STOCK | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. ACCT RECEIBAVLE - HUSBANDS BUSINESS, UNCOLLECTABLE | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2006 Audi | 3,000.00 | 0.00 | | 0.00 | FA |
| 11. Leased 2011 Honda | 0.00 | 0.00 | | 0.00 | FA |
| 12. LEASED 2011 BMW 328I | 0.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $657,550.00 | $0.00 | | $835,000.00 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

SENT TFR TO US TEE FOR REVIEW - 5/24/17

TRUSTEE WORKING ON RESOLVING CLAIM ISSUES - 3/30/17

TRUSTEE IS CONTINUING TO RESOLVE LIENS 1/11/17. TRUSTEE BELIEVES RESOLUTION OF LIEN ISSUE IS IMMINENT - May 20, 2016.

TRUSTEE TO FILE ADVERSARY TO DETERMINE EXTENT AND PRIORITY OF LIENS IF NO AGREEMENT REACHED - 01/20/16. LIEN ISSUES NOT

RESOLVED YET - Oct. 31, 2015. TRUSTEE TRYING TO RESOLVE LIEN ISSUES - July 30, 2015. N O CHANGE - April 30, 2015. TRUTEE

IS RESOLVING CLAIM ISSUE; TFR TO FOLLOW - 3/30/17

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 13-28429 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | WEINER, GARRY A. | Date Filed (f) or Converted (c): | 07/16/13 (f) |
| | WEINER, PAMELA S. | 341(a) Meeting Date: | 08/22/13 |
| | | Claims Bar Date: | 03/28/14 |

TRUSTEE MAY HAVE TO FILE ADVERSARY TO DETERMINE NATURE AND EXTENT OF LIENS - Jan. 17, 2015. TRUSTEE HAS RETAINED BROKER AND ATTEMPTING TO SELL REAL ESTATE. TRUSTEE HAS ENTERED INTO CONTRACT TO SELL REAL ESTATE WHICH CLOSED IN DECEMBER January 14, 2014. TRUSTEE NEGOTIATING WITH LIEN HOLDERS ON SALE PROCEEDS - April 30, 2014. NEGOTIATIONS CONTINUE - July 17, 2014. - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 07/30/15        Current Projected Date of Final Report (TFR): 05/30/17

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 13-28429 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | WEINER, GARRY A. | | Bank Name: | ASSOCIATED BANK |
| | WEINER, PAMELA S. | | Account Number / CD #: | *******5670 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6719 | | | |
| For Period Ending: | 06/16/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/31/13 | | CHICAGO TITLE & TRUST cO. | Sale proceeds of 1525 Woodland Dr. | | 62,323.40 | | 62,323.40 |
| | | | Sale proceeds | | | | |
| | 1 | CHICAGO TITLE & TRUST CO. | Memo Amount:      835,000.00 | 1110-000 | | | |
| | | | Sale proceeds | | | | |
| | | BANK OF AMERICA | Memo Amount:   (  505,850.27 ) | 4110-000 | | | |
| | | | 1ST MORTGAGE PAYOFF | | | | |
| | | | Memo Amount:   (   50,595.00 ) | 3510-000 | | | |
| | | | Broker's real estate commission | | | | |
| | | LAKE COUNTY TREASURER | Memo Amount:   (   18,600.66 ) | 2820-000 | | | |
| | | | Real estate taxes - 2013 | | | | |
| | | LAKE COUNTY TREASURER | Memo Amount:   (   20,467.24 ) | 2820-000 | | | |
| | | | 2012 TAX REDEMPTION | | | | |
| | | CITIMORTGAGE | Memo Amount:   (  171,690.43 ) | 4110-000 | | | |
| | | | SECOND MORTGAGE PAYOFF | | | | |
| | | | Memo Amount:   (    1,252.50 ) | 2820-000 | | | |
| | | | Transfer Taxes | | | | |
| | | CHICAGO TITLE | Memo Amount:   (    4,220.50 ) | 2500-000 | | | |
| | | | Title charges & prorations | | | | |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 62,313.40 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 92.62 | 62,220.78 |
| 02/25/14 | 300001 | GARRY & PAMELA WEINER | Net Homstead Exemption | 8100-000 | | 29,771.63 | 32,449.15 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 82.13 | 32,367.02 |
| 04/05/14 | 300002 | RICHARD E. PATINKIN | Attorney fees per court order | 3210-000 | | 3,810.00 | 28,557.02 |
| 04/05/14 | 300003 | INTERNATIONAL SURETIES, LTD. | Bond # 016026455 | 2300-000 | | 90.24 | 28,466.78 |
| | | 701 Poydras St. | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.13 | 28,418.65 |

Page Subtotals      62,323.40      33,904.75

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 20.00a

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 13-28429 -ABG |
| Case Name: | WEINER, GARRY A. |
| | WEINER, PAMELA S. |
| Taxpayer ID No: | *******6719 |
| For Period Ending: | 06/16/17 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5670 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.30 | 28,375.35 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.19 | 28,333.16 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.76 | 28,292.40 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.06 | 28,250.34 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.00 | 28,208.34 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.59 | 28,167.75 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.88 | 28,125.87 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.47 | 28,085.40 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.75 | 28,043.65 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.70 | 28,001.95 |
| 02/27/15 | 300004 | Arthur B. Levine Company<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | Bond premium | 2300-000 | | 30.30 | 27,971.65 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.60 | 27,934.05 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.54 | 27,892.51 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.13 | 27,852.38 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.41 | 27,810.97 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.01 | 27,770.96 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.29 | 27,729.67 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.23 | 27,688.44 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.84 | 27,648.60 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.11 | 27,607.49 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.72 | 27,567.77 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.99 | 27,526.78 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.93 | 27,485.85 |
| 02/16/16 | 300005 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101 | Bond #10BSBGR6291 | 2300-000 | | 19.58 | 27,466.27 |

Page Subtotals    0.00    952.38

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-28429 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | WEINER, GARRY A. | | Bank Name: | ASSOCIATED BANK |
| | WEINER, PAMELA S. | | Account Number / CD #: | *******5670 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6719 | | | |
| For Period Ending: | 06/16/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New York, NY 10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.22 | 27,428.05 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.78 | 27,387.27 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.40 | 27,347.87 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.66 | 27,307.21 |
| 02/20/17 | 300006 | INTERNATIONAL SURETIES, LTD. | BOND#016073584 | 2300-000 | | 13.14 | 27,294.07 |
| | | 701 Poydras Street, Ste 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 835,000.00 | COLUMN TOTALS | 62,323.40 | 35,029.33 | 27,294.07 |
| Memo Allocation Disbursements: | 772,676.60 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 62,323.40 | 35,029.33 | |
| Memo Allocation Net: | 62,323.40 | Less: Payments to Debtors | | 29,771.63 | |
| | | Net | 62,323.40 | 5,257.70 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 835,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 772,676.60 | Checking Account (Non-Interest Earn - *******5670 | 62,323.40 | 5,257.70 | 27,294.07 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 62,323.40 | | 62,323.40 | 5,257.70 | 27,294.07 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    172.20

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 23, 2017 |
|---|---|---|---|---|---|---|

Case Number:   13-28429  
Debtor Name:   WEINER, GARRY A.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| ADMIN 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL 60602 | Administrative | | $15,009.70 | $0.00 | $15,009.70 |
| ADMIN 2 001<br>3110-00 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $4,163.62 | $0.00 | $4,163.62 |
| BOND 999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Administrative | | $103.38 | $103.38 | $0.00 |
| BOND 999<br>2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Administrative | | $49.88 | $49.88 | $0.00 |
| 000001A 050<br>4210-00 | First Midwest Bank<br>c/o Klein, Daday, Aretos & O'Donoghue, L<br>2550 W. Golf Rd., Suite 250<br>Rolling Meadows, IL 60008 | Secured | CREDITOR AGREED TO ENTIRE CLAIM DEEMED UNSECURED | $0.00 | $0.00 | $0.00 |
| 000001B 070<br>7100-00 | FIRST MIDWEST BANK | Unsecured | | $155,407.36 | $0.00 | $155,407.36 |
| 000002 070<br>7100-00 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $6,127.94 | $0.00 | $6,127.94 |
| 000003 070<br>7100-00 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $10,191.01 | $0.00 | $10,191.01 |
| 000004 070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $332.20 | $0.00 | $332.20 |
| 000005 070<br>7100-00 | MOHELA on behalf of Dept. of ED<br>MOHELA<br>633 Spirit Dr<br>Chesterfield MO 63005 | Unsecured | | $14,040.32 | $0.00 | $14,040.32 |
| 000006 070<br>7100-00 | BMW Financial Services NA, LLC<br>PO Box 201347<br>Arlington, TX 76006 | Unsecured | Claim withdrawn | $0.00 | $0.00 | $0.00 |

Page 2

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Date: May 23, 2017

Case Number: 13-28429
Debtor Name: WEINER, GARRY A.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007 070 7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $14,524.00 | $0.00 | $14,524.00 |
| 000008 070 7100-00 | The Benefits Consulting Group Inc<br>Larry Shippee<br>53 W Jackson Blvd Ste 715<br>Chicago, Il 60604 | Unsecured | | $2,342.25 | $0.00 | $2,342.25 |
| 000009 070 7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $1,394.49 | $0.00 | $1,394.49 |
| 000010 070 7100-00 | Portfolio Recovery Associates, LLC<br>successor to GE CAPITAL RETAIL BANK<br>(Sams Club)<br>PO Box 41067<br>Norfolk, VA 23541 | Unsecured | | $10,091.60 | $0.00 | $10,091.60 |
| | Case Totals: | | | $233,777.75 | $153.26 | $233,624.49 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-28429
Case Name: WEINER, GARRY A.
  WEINER, PAMELA S.
Trustee Name: JOSEPH E. COHEN

Balance on hand $ 27,294.07

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001A | First Midwest Bank | $ 1,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 27,294.07

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 15,000.00 | $ 0.00 | $ 15,000.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 9.70 | $ 0.00 | $ 9.70 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 3,992.50 | $ 0.00 | $ 3,992.50 |
| Attorney for Trustee Expenses: COHEN & KROL, Attorneys | $ 171.12 | $ 0.00 | $ 171.12 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 103.38 | $ 103.38 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 49.88 | $ 49.88 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 19,173.32

Remaining Balance $ 8,120.75

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 214,451.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | American InfoSource LP as agent for | $ 6,127.94 | $ 0.00 | $ 232.05 |
| 000003 | American InfoSource LP as agent for | $ 10,191.01 | $ 0.00 | $ 385.91 |
| 000004 | Quantum3 Group LLC as agent for | $ 332.20 | $ 0.00 | $ 12.58 |
| 000005 | MOHELA on behalf of Dept. of ED | $ 14,040.32 | $ 0.00 | $ 531.67 |
| 000006 | BMW Financial Services NA, LLC | $ 0.00 | $ 0.00 | $ 0.00 |
| 000007 | American Express Bank, FSB | $ 14,524.00 | $ 0.00 | $ 549.99 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | The Benefits Consulting Group Inc | $ 2,342.25 | $ 0.00 | $ 88.70 |
| 000009 | Capital Recovery V, LLC | $ 1,394.49 | $ 0.00 | $ 52.81 |
| 000010 | Portfolio Recovery Associates, LLC | $ 10,091.60 | $ 0.00 | $ 382.14 |
| 000001B | FIRST MIDWEST BANK | $ 155,407.36 | $ 0.00 | $ 5,884.90 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 8,120.75 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*