IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **GARRY A. & PAMELA S. WEINER,** | ) | No. 13 B 28429 |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO: SEE ATTACHED LIST

    I, JOSEPH E. COHEN, Trustee herein, states that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on July 7, 2017 by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
GINA B. KROL
COHEN & KROL
105 West Madison St., Suite 1100        BY: /s/ Joseph E. Cohen
Chicago, IL 60602                                Attorney for Debtor
312/368-0300

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK  73124-8866 |
| Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | First Midwest Bank<br>c/o Klein, Daday, Aretos & O'Donogh<br>2550 W. Golf Rd., Suite 250<br>Rolling Meadows, IL 60008-4014 | First Midwest Bank<br>One PIerce Place<br>Ste15000<br>Itasca, IL 60143-1254 |
| Garry A. WEINER<br>1525 Woodland Dr.<br>Deerfield, IL 60015-2021 | John R Mack<br>128 West St Charles Rd<br>Villa Park, IL 60181-2426 | MOHELA on behalf of Dept. of ED<br>MOHELA<br>633 Spirit Dr<br>Chesterfield MO 63005-1243 |
| Pamela S. WEINER<br>1525 Woodland Dr.<br>Deerfield, IL 60015-2021 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| The Benefits Consulting Group Inc<br>Larry Shippee<br>53 W Jackson Blvd Ste 715<br>Chicago, Il 60604-3469 | | |