# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WEINER, GARRY A. | § | Case No. 13-28429 |
| WEINER, PAMELA S. | § | |
| | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 37,550.00 |
| Total Distributions to Claimants: 685,661.45 | Claims Discharged Without Payment: 206,330.42 |
| Total Expenses of Administration: 119,566.92 | |

3) Total gross receipts of $ 835,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 29,771.63  (see **Exhibit 2**), yielded net receipts of $ 805,228.37  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 678,540.70 | $ 677,540.70 | $ 677,540.70 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 119,566.92 | 119,566.92 | 119,566.92 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 221,393.07 | 214,451.17 | 8,120.75 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 1,019,500.69 | $ 1,011,558.79 | $ 805,228.37 |

　　　　4) This case was originally filed under chapter 7 on 07/16/2013 . The case was pending for 50 months.

　　　　5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

　　　　6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

　　　　Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

　　　Dated: 08/17/2017　　　　　　By:/s/JOSEPH E. COHEN
　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1525 WOODLAND DR., DEERFIELD, IL 60015 | 1110-000 | 835,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$835,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| GARRY & PAMELA WEINER | Exemptions | 8100-000 | 29,771.63 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 29,771.63** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BANK OF AMERICA | 4110-000 | NA | 505,850.27 | 505,850.27 | 505,850.27 |
| | CITIMORTGAGE | 4110-000 | NA | 171,690.43 | 171,690.43 | 171,690.43 |
| 000001A | FIRST MIDWEST BANK | 4210-000 | NA | 1,000.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 678,540.70** | **$ 677,540.70** | **$ 677,540.70** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN, JOSEPH E. | 2100-000 | NA | 15,000.00 | 15,000.00 | 15,000.00 |
| COHEN, JOSEPH E. | 2200-000 | NA | 9.70 | 9.70 | 9.70 |
| ADAMS-LEVINE | 2300-000 | NA | 49.88 | 49.88 | 49.88 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 103.38 | 103.38 | 103.38 |
| CHICAGO TITLE | 2500-000 | NA | 4,220.50 | 4,220.50 | 4,220.50 |
| ASSOCIATED BANK | 2600-000 | NA | 1,294.44 | 1,294.44 | 1,294.44 |
| LAKE COUNTY TREASURER | 2820-000 | NA | 39,067.90 | 39,067.90 | 39,067.90 |
| Transfer Taxes | 2820-000 | NA | 1,252.50 | 1,252.50 | 1,252.50 |
| COHEN & KROL | 3110-000 | NA | 2,775.75 | 2,775.75 | 2,775.75 |
| JOSEPH E. COHEN | 3110-000 | NA | 1,387.87 | 1,387.87 | 1,387.87 |
| RICHARD E. PATINKIN | 3210-000 | NA | 3,810.00 | 3,810.00 | 3,810.00 |
| Broker's real estate commission | 3510-000 | NA | 50,595.00 | 50,595.00 | 50,595.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 119,566.92 | $ 119,566.92 | $ 119,566.92 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 14,524.00 | 14,524.00 | 549.99 |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 6,127.94 | 6,127.94 | 232.05 |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 10,191.01 | 10,191.01 | 385.91 |
| 000006 | BMW FINANCIAL SERVICES NA, LLC | 7100-000 | NA | 6,941.90 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | CAPITAL RECOVERY V, LLC | 7100-000 | NA | 1,394.49 | 1,394.49 | 52.81 |
| 000001B | FIRST MIDWEST BANK | 7100-000 | NA | 155,407.36 | 155,407.36 | 5,884.90 |
| 000005 | MOHELA ON BEHALF OF DEPT. OF ED | 7100-000 | NA | 14,040.32 | 14,040.32 | 531.67 |
| 000010 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 10,091.60 | 10,091.60 | 382.14 |
| 000004 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 332.20 | 332.20 | 12.58 |
| 000008 | THE BENEFITS CONSULTING GROUP INC | 7100-000 | NA | 2,342.25 | 2,342.25 | 88.70 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 221,393.07 | $ 214,451.17 | $ 8,120.75 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-28429   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | WEINER, GARRY A. | Date Filed (f) or Converted (c): | 07/16/13 (f) |
|  | WEINER, PAMELA S. | 341(a) Meeting Date: | 08/22/13 |
| For Period Ending: | 08/17/17 | Claims Bar Date: | 03/28/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1525 WOODLAND DR., DEERFIELD, IL 60015 | 650,000.00 | 0.00 |  | 835,000.00 | FA |
| 2. CASH | 200.00 | 0.00 |  | 0.00 | FA |
| 3. AT US BANK DEERFIELD, IL - CHECKING & SAVINGS | 850.00 | 0.00 |  | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 1,500.00 | 0.00 |  | 0.00 | FA |
| 5. BOOKS, PICTURES | 200.00 | 0.00 |  | 0.00 | FA |
| 6. APPAREL | 400.00 | 0.00 |  | 0.00 | FA |
| 7. WEDDING BANDS AT RESIDENCE | 400.00 | 0.00 |  | 0.00 | FA |
| 8. GARY ALAN DESIGN INC. STOCK | 1,000.00 | 0.00 |  | 0.00 | FA |
| 9. ACCT RECEIBAVLE - HUSBANDS BUSINESS, UNCOLLECTABLE | 0.00 | 0.00 |  | 0.00 | FA |
| 10. 2006 Audi | 3,000.00 | 0.00 |  | 0.00 | FA |
| 11. Leased 2011 Honda | 0.00 | 0.00 |  | 0.00 | FA |
| 12. LEASED 2011 BMW 328I | 0.00 | 0.00 |  | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $657,550.00 | $0.00 |  | $835,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FINAL MEETING HELD AND DISTRIBUTION MADE TO CREDITORS - 7/31/17.  TFR FILED WITH COURT ON 7/6/17. SENT TFR TO US TEE FOR REVIEW - 5/24/17

TRUSTEE WORKING ON RESOLVING CLAIM ISSUES - 3/30/17

TRUSTEE IS CONTINUING TO RESOLVE LIENS 1/11/17. TRUSTEE BELIEVES RESOLUTION OF LIEN ISSUE IS IMMINENT - May 20, 2016.

TRUSTEE TO FILE ADVERSARY TO DETERMINE EXTENT AND PRIORITY OF LIENS IF NO AGREEMENT REACHED - 01/20/16. LIEN ISSUES NOT RESOLVED YET - Oct. 31, 2015. TRUSTEE TRYING TO RESOLVE LIEN ISSUES - July 30, 2015. N O CHANGE - April 30, 2015. TRUTEE

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-28429  ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: JOSEPH E. COHEN |
| Case Name: | WEINER, GARRY A. | Date Filed (f) or Converted (c): 07/16/13 (f) |
| | WEINER, PAMELA S. | 341(a) Meeting Date: 08/22/13 |
| | | Claims Bar Date: 03/28/14 |

IS RESOLVING CLAIM ISSUE; TFR TO FOLLOW - 3/30/17

TRUSTEE MAY HAVE TO FILE ADVERSARY TO DETERMINE NATURE AND EXTENT OF LIENS - Jan. 17, 2015.  TRUSTEE HAS RETAINED BROKER AND ATTEMPTING TO SELL REAL ESTATE.  TRUSTEE HAS ENTERED INTO CONTRACT TO SELL REAL ESTATE WHICH CLOSED IN DECEMBER January 14, 2014. TRUSTEE NEGOTIATING WITH LIEN HOLDERS ON SALE PROCEEDS - April 30, 2014.  NEGOTIATIONS CONTINUE - July 17, 2014.   - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 07/30/15          Current Projected Date of Final Report (TFR): 05/30/17

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-28429 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | WEINER, GARRY A. | | Bank Name: | ASSOCIATED BANK |
| | WEINER, PAMELA S. | | Account Number / CD #: | *******5670 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6719 | | | |
| For Period Ending: | 08/17/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/31/13 | | CHICAGO TITLE & TRUST cO. | Sale proceeds of 1525 Woodland Dr. | | 62,323.40 | | 62,323.40 |
| | 1 | CHICAGO TITLE & TRUST CO. | Sale proceeds<br>Memo Amount:     835,000.00<br>Sale proceeds | 1110-000 | | | |
| | | BANK OF AMERICA | Memo Amount:   ( 505,850.27 )<br>1ST MORTGAGE PAYOFF | 4110-000 | | | |
| | | | Memo Amount:   ( 50,595.00 )<br>Broker's real estate commission | 3510-000 | | | |
| | | LAKE COUNTY TREASURER | Memo Amount:   ( 18,600.66 )<br>Real estate taxes - 2013 | 2820-000 | | | |
| | | LAKE COUNTY TREASURER | Memo Amount:   ( 20,467.24 )<br>2012 TAX REDEMPTION | 2820-000 | | | |
| | | CITIMORTGAGE | Memo Amount:   ( 171,690.43 )<br>SECOND MORTGAGE PAYOFF | 4110-000 | | | |
| | | | Memo Amount:   ( 1,252.50 )<br>Transfer Taxes | 2820-000 | | | |
| | | CHICAGO TITLE | Memo Amount:   ( 4,220.50 )<br>Title charges & prorations | 2500-000 | | | |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 62,313.40 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 92.62 | 62,220.78 |
| 02/25/14 | 300001 | GARRY & PAMELA WEINER | Net Homstead Exemption | 8100-000 | | 29,771.63 | 32,449.15 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 82.13 | 32,367.02 |
| 04/05/14 | 300002 | RICHARD E. PATINKIN | Attorney fees per court order | 3210-000 | | 3,810.00 | 28,557.02 |
| 04/05/14 | 300003 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 90.24 | 28,466.78 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 48.13 | 28,418.65 |

Page Subtotals     62,323.40     33,904.75

Ver: 20.00d

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-28429 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | WEINER, GARRY A. | | Bank Name: | ASSOCIATED BANK |
| | WEINER, PAMELA S. | | Account Number / CD #: | *******5670  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6719 | | | |
| For Period Ending: | 08/17/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 43.30 | 28,375.35 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.19 | 28,333.16 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.76 | 28,292.40 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.06 | 28,250.34 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.00 | 28,208.34 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.59 | 28,167.75 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.88 | 28,125.87 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.47 | 28,085.40 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.75 | 28,043.65 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.70 | 28,001.95 |
| 02/27/15 | 300004 | Arthur B. Levine Company<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | Bond premium | 2300-000 | | 30.30 | 27,971.65 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.60 | 27,934.05 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.54 | 27,892.51 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.13 | 27,852.38 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.41 | 27,810.97 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.01 | 27,770.96 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.29 | 27,729.67 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.23 | 27,688.44 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.84 | 27,648.60 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.11 | 27,607.49 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.72 | 27,567.77 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.99 | 27,526.78 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.93 | 27,485.85 |
| 02/16/16 | 300005 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101 | Bond #10BSBGR6291 | 2300-000 | | 19.58 | 27,466.27 |

Page Subtotals       0.00       952.38

Ver: 20.00d

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-28429 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | WEINER, GARRY A. | | Bank Name: | ASSOCIATED BANK |
| | WEINER, PAMELA S. | | Account Number / CD #: | *******5670 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6719 | | | |
| For Period Ending: | 08/17/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New York, NY 10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.22 | 27,428.05 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.78 | 27,387.27 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.40 | 27,347.87 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.66 | 27,307.21 |
| 02/20/17 | 300006 | INTERNATIONAL SURETIES, LTD. | BOND#016073584 | 2300-000 | | 13.14 | 27,294.07 |
| | | 701 Poydras Street, Ste 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 07/21/17 | 300007 | JOSEPH E. COHEN, Trustee | Claim ADMIN, Payment 100.00000% | | | 15,009.70 | 12,284.37 |
| | | 105 W. Madison, Ste 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| | | | Fees          15,000.00 | 2100-000 | | | |
| | | | Expenses           9.70 | 2200-000 | | | |
| 07/21/17 | 300008 | COHEN & KROL, Attorneys | Claim ADMIN 2, Payment 100.00000% | 3110-000 | | 2,775.75 | 9,508.62 |
| | | 105 West Madison Street | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 07/21/17 | 300009 | JOSEPH E. COHEN | Claim JOSEPH E., Payment 100.00000% | 3110-000 | | 1,387.87 | 8,120.75 |
| | | 105 West Madison Street | Attorney for Trustee fees | | | | |
| | | Chicago, IL 60602 | | | | | |
| 07/21/17 | 300010 | FIRST MIDWEST BANK | Claim 000001B, Payment 3.78676% | 7100-000 | | 5,884.90 | 2,235.85 |
| 07/21/17 | 300011 | American InfoSource LP as agent for | Claim 000002, Payment 3.78675% | 7100-000 | | 232.05 | 2,003.80 |
| | | TD Bank, USA | | | | | |
| | | PO Box 248866 | | | | | |
| | | Oklahoma City, OK 73124-8866 | | | | | |
| 07/21/17 | 300012 | American InfoSource LP as agent for | Claim 000003, Payment 3.78677% | 7100-000 | | 385.91 | 1,617.89 |
| | | TD Bank, USA | | | | | |
| | | PO Box 248866 | | | | | |
| | | Oklahoma City, OK 73124-8866 | | | | | |
| 07/21/17 | 300013 | Quantum3 Group LLC as agent for | Claim 000004, Payment 3.78688% | 7100-000 | | 12.58 | 1,605.31 |

Page Subtotals                0.00           25,860.96

Ver: 20.00d

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 13-28429 -ABG |
| Case Name: | WEINER, GARRY A. |
| | WEINER, PAMELA S. |
| Taxpayer ID No: | *******6719 |
| For Period Ending: | 08/17/17 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5670  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | (4-1) Unsecured Debt | | | | |
| 07/21/17 | 300014 | MOHELA on behalf of Dept. of ED<br>MOHELA<br>633 Spirit Dr<br>Chesterfield MO 63005 | Claim 000005, Payment 3.78674% | 7100-000 | | 531.67 | 1,073.64 |
| 07/21/17 | 300015 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000007, Payment 3.78677%<br>(7-1) CREDIT CARD DEBT | 7100-000 | | 549.99 | 523.65 |
| 07/21/17 | 300016 | The Benefits Consulting Group Inc<br>Larry Shippee<br>53 W Jackson Blvd Ste 715<br>Chicago, Il 60604 | Claim 000008, Payment 3.78696% | 7100-000 | | 88.70 | 434.95 |
| 07/21/17 | 300017 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000009, Payment 3.78705%<br>(9-1) PEARLE VISION/GECRB | 7100-000 | | 52.81 | 382.14 |
| 07/21/17 | 300018 | Portfolio Recovery Associates, LLC<br>successor to GE CAPITAL RETAIL BANK<br>(Sams Club)<br>PO Box 41067<br>Norfolk, VA 23541 | Claim 000010, Payment 3.78671%<br>(10-1) Modified to correct<br>creditors name on 3/26/14 (ar) | 7100-000 | | 382.14 | 0.00 |

Page Subtotals     0.00     1,605.31

Ver: 20.00d

LFORM24

**UST Form 101-7-TDR (10/1/2010)**  *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-28429 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | WEINER, GARRY A. | | Bank Name: | ASSOCIATED BANK |
| | WEINER, PAMELA S. | | Account Number / CD #: | *******5670 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6719 | | | |
| For Period Ending: | 08/17/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: 835,000.00 | COLUMN TOTALS | | 62,323.40 | 62,323.40 | 0.00 |
| | | Memo Allocation Disbursements: 772,676.60 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 62,323.40 | 62,323.40 | |
| | | Memo Allocation Net: 62,323.40 | Less: Payments to Debtors | | | 29,771.63 | |
| | | | Net | | 62,323.40 | 32,551.77 | |
| | | | | | | NET | ACCOUNT |
| | | Total Allocation Receipts: 835,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | Total Allocation Disbursements: 772,676.60 | Checking Account (Non-Interest Earn - *******5670 | | 62,323.40 | 32,551.77 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | Total Memo Allocation Net: 62,323.40 | | | 62,323.40 | 32,551.77 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 20.00d